

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00269-CV

TOMORROW TELECOM, INC. AND TOMORROW WEST, LLC, APPELLANTS

V.

JEREMY JOHNSON, APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-527,516, Honorable Les Hatch, Presiding

September 27, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Tomorrow Telecom, Inc. and Tomorrow West, LLC, appeal from the trial court's *Final Judgment*. The clerk's record was due September 5, 2023, but was not filed because Appellants failed to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter that day, we directed Appellants to pay for the clerk's record by September 15 or the appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellants have neither made payment arrangements for the clerk's record nor filed a response explaining the omission.

Consequently, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam